UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LAWRENCE TERRY HUFFMAN, JR., | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CV-9-DCLC-DCP |
| BILL LEE, et al., | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, Plaintiff's *pro se* complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** with prejudice.

Because the Court has **CERTIFIED** in the Memorandum and Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court